SIGAL CHATTAH
United States Attorney
Nevada Bar Number 8264
JUSTIN WASHBURNE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6378
Justin.Washburne@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RHASHAN HUNTER,<br><br>Defendant. | Case No. 2:25-mj-00308-DJA<br><br>**Stipulation to Extend Deadlines<br>to Conduct Preliminary Hearing and<br>File Indictment (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Joy Chen, Assistant Federal Public Defender, counsel for Defendant RHASHAN HUNTER that the Court schedule the preliminary hearing in this case for no earlier than 14 days from the date of the filing of this stipulation. The preliminary hearing is currently set for May 1st, 2025 at 4:00pm. This request requires that the Court extend two deadlines: (1) that a preliminary hearing be conducted within 14 days of a detained defendant's initial appearance, *see* Fed. R. Crim. P. 5.1(c); and (2) that an

information or indictment be filed within 30 days of a defendant's arrest, *see* 18 U.S.C. § 3161(b).

This stipulation is entered into for the following reasons:

1. The government has provided discovery to defense counsel which counsel is currently reviewing, and the parties intend to engage in good faith plea negotiations to resolve this matter before an indictment or information is filed.

2. Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the preliminary hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody . . . ."

3. However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times . . . ."

4. Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

5. Defendant needs additional time to review the discovery and investigate potential defenses to make an informed decision as to how to proceed, including whether to accept a plea agreement.

6. Defendant is in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

7. The parties agree to the extension of that deadline.

8. This extension supports the public interest in the prompt disposition of criminal cases by permitting defendant to negotiate a plea prior to an indictment or information being filed.

9. Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

10. In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

11. This is the first request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this ____ day of April, 2025.

Respectfully submitted,

| | |
|---|---|
| RENE VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| /s/ Joy Chen<br>Assistant Federal Public Defender<br>Counsel for Defendant<br>RHASHAN HUNTER | /s/ Justin Washburne<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorneys |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RHASHAN HUNTER,<br><br>      Defendant. | Case No. 2:25-mj-00308-DJA<br><br>**[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on May 1st, 2025 at the hour of 4:00 p.m., be vacated and continued to **May 15, 2025, at 4:00 p.m.**

DATED this 24th day of April, 2025.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4