SIGAL CHATTAH
United States Attorney
Nevada Bar Number 8264
JUSTIN J. WASHBURNE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702.388.6336
Justin.Washburne@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RHASHAN HUNTER,<br><br>   Defendant. | Case No. 2:25-mj-00308-DJA<br><br>**Unopposed Motion to Dismiss the Complaint Without Prejudice** |

The complaint in this case charges defendant Rhashan Hunter with violating 18 U.S.C. § 751(a) (Escape). On April 17, 2025, the Defendant had his initial appearance and submitted to detention.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the complaint without prejudice. The government's motion is unopposed.

Respectfully submitted this _____ day of June 2025.

SIGAL CHATTAH
United States Attorney

*/s/ Justin J. Washburne*
JUSTIN J. WASHBURNE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RHASHAN HUNTER,<br><br>    Defendant. | Case No. 2:25-mj-00308-DJA<br><br>**Unopposed Motion to Dismiss the Complaint Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the complaint against Defendant Rhashan Hunter.

                        SIGAL CHATTAH
                        United States Attorney

                        */s/ Justin J. Washburne*
                        JUSTIN J. WASHBURNE
                        Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 9th day of June, 2025.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE